UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 24-47922

HERITAGE COLLEGIATE APPAREL, INC.,  Chapter 11

                      Debtor.  Judge Thomas J. Tucker
_____/

HERITAGE COLLEGIATE APPAREL, INC.,

                      Plaintiff,

v.  Adv. No. 25-4146

ELEMENTAL CAPITAL, INC., and
REDSTONE ADVANCE, INC.,

                      Defendants.
_____/

## ORDER STRIKING THE PLAINTIFF'S SECOND AMENDED COMPLAINT

On January 30, 2026, the Plaintiff filed a second amended complaint (Docket # 53). Because the filing of such complaint violated Fed. R. Civ. P. 15(a)(2), the Court will strike it.

Fed. R. Civ. P. 15(a)(2)[1] states:

> **(a) Amendments Before Trial.**
> . . . .
>
>     **(2)** *Other Amendments*. [Except as provided in Fed. R. Civ. P. 15(a)(1)], a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

*Id.* (bold and italics in original).

Under the Scheduling Order entered on October 6, 2025, the Plaintiff had leave to, and a

---

[1] Fed. R. Bankr. P. 7015 makes Fed. R. Civ. P. 15 applicable in adversary proceedings.

deadline of, December 12, 2025 to amend its pleading. (Scheduling Order (Docket # 21) at 2 ¶ I(c)). The second amended complaint was filed roughly a month and a half after that deadline had expired, and it was filed without leave of court. And there is no indication in the record that the Defendants consented in writing to the filing of this amended complaint.

Accordingly,

IT IS ORDERED that the Plaintiff's second amended complaint (Docket # 53) is stricken from the record.

**Signed on February 5, 2026**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge